# Court of Appeals
# of the State of Georgia

ATLANTA,   May 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0344.  ABDUL MALIK CHESTNUT v. CITIMORTGAGE, INC.**

On April 23, 2013, Abdul Malik Chestnut filed this application for discretionary appeal.  He seeks review of several superior court orders, which were entered on November 19, December 11, and December 19, 2012.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Chestnut did not file his application within 30 days of entry of the orders he seeks to review, we lack jurisdiction to consider it.  Accordingly, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/20/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*